IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JOLENE PHILLIPS,**

      **Plaintiff,**

vs.                                                  No. CV 16-0374 SMV

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security,**

      **Defendant.**

## ORDER EXTENDING BRIEFING SCHEDULE

**THIS MATTER** having come before the Court upon Plaintiff's Unopposed Motion to Extend Briefing Deadlines, I FIND that the Motion is well-taken;

IT IS THEREFORE ORDERED that:

1. Plaintiff shall file a Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum no later than **November 4, 2016**;

2. Defendant shall file a Response no later than **January 6, 2017**;

3. Plaintiff may file a Reply no later than **February 10, 2016**;

4. All supporting memoranda filed pursuant to this Order shall cite the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

5. All requests for extension of time altering the deadlines set in this Order shall be made through a motion to the Court. If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**

**Submitted by**:

  s/ Francesca J. MacDowell
 Francesca J. MacDowell
Attorney for Plaintiff


Approved by email on 10/03/16 by:

Manny Lucero, AUSA
Attorney for Commissioner